**Maria Natividad MOLINA, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 07–71334.**

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 14, 2010.

Maria Natividad Molina, Santa Ana, CA, pro se.

Sung Uk Park, Esquire, Law Offices of Sung U. Park, Los Angeles, CA, for Petitioner.

Jeffery R. Leist, Trial, Stacy Stiffel Paddack, Annette Marie Wietecha, Trial, DOJ–U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Maria Natividad Molina, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order vacating an immigration

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

judge's decision and remanding for further proceedings. We dismiss the petition for review.

We lack jurisdiction to review the BIA's March 29, 2007, order because it is not a final order of removal. *See* 8 U.S.C. § 1252(a)(1), (b)(1); *see also Cordes v. Mukasey,* 517 F.3d 1094, 1095 (9th Cir.2008) (order).

**PETITION FOR REVIEW DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.